Titus THOMAS, Plaintiff–Appellant,

v.

AJALA, Sgt.; A. Yusut; Harris, Sgt.; Amaghionyeodiwe, Officer, Defendants–Appellees,

and

Justin Chaney, inmate # 348–112; Antonio Watson, inmate # 336–897; Terry Miller, inmate # 274–682; Marcus Shannon, inmate # 281–148, Defendants.

Titus Thomas, Plaintiff–Appellant,

v.

G.L. Wilson, Officer; D. Krampt, Officer; R.C. Allison, Officer; T. Mengus, Officer; Officer Henderson; Terry Miller, Inmate ID 274–682; Justin Chaney, Inmate ID 348–112; Gary Anderson, Inmate ID 344–943; Imani Green, Inmate ID 337–646, Defendants–Appellees.

Nos. 11–6298, 11–6599.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 29, 2011.

Titus Thomas, Appellant Pro Se. Rex Schultz Gordon, Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Titus Thomas challenges the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) civil rights complaints. We have reviewed the record and conclude that there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thomas v. Ajala*, No. 8:10–cv–02090–AW, 2011 WL 743838 (D.Md. Feb. 23, 2011); *Thomas v. Wilson*, No. 8:10–cv–02003–AW, 2011 WL 195655 (D.Md. Jan. 20, 2011). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*